UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DARRELL D. SIZEMORE, and <br> JOANNE SIZEMORE, <br><br> Plaintiffs, <br><br> v. <br><br> HERITAGE LOG HOMES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:09-CV-86 <br> ) (GUYTON) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties [Doc. 10], for all further proceedings, including entry of judgment. The Plaintiffs have filed a Motion to Continue [Doc. 35]. The Court held a telephone conference on August 4, 2010, to address the Motion to Continue. Attorney John Dreiser was present representing the Plaintiffs, and Attorney Jon Cope was present representing the Defendant. The Defendant represented that it had no objection to the Plaintiffs' motion.

Based upon the agreement of the parties and for good cause shown, the Plaintiffs' Motion **[Doc. 35]** is hereby **GRANTED**. The trial of this matter previously scheduled for **January 11, 2011**, is **CANCELLED** and **RESCHEDULED** to begin **June 28, 2011, at 9:00 a.m**. The final pretrial conference in this matter is **CANCELLED** and **RESCHEDULED** for **June 21, 2011, at 11:00 a.m.**

The deadlines contained in the Scheduling Order [Doc. 15] and the Court's previous order of continuance [Doc. 29] are also extended as follows:

1. Disclosure of any expert testimony shall be made by the Plaintiff on or before **February 28, 2011**, and by the Defendant on or before **March 28, 2011**;

2. Motions seeking a <u>Daubert</u> hearing must be filed on or before **April 29, 2011**;

3. All discovery, including the taking of deposition "for evidence," shall be completed on or before **May 27, 2011**;

4. Motions to compel must be filed on or before **May 27, 2011**;

5. An agreed pretrial order shall be filed with the clerk on or before **May 27, 2011**;

6. All pretrial disclosures specified in Rule 26(a)(3) of the Federal Rules of Civil Procedure shall be made on or before **May 27, 2011**; and

7. All motions in limine and special requests for jury instructions must be filed no later than **June 20, 2010**.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge